**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1389-17T3

IN THE MATTER OF THE
ESTATE OF BARBARA L.
FLORIMONT, Deceased.

_____

Submitted October 23, 2018 – Decided January 3, 2019

Before Judges Fisher, Hoffman and Firko.

On appeal from Superior Court of New Jersey, Chancery Division, Ocean County, Docket No. P-215332-15.

Bathgate, Wegener & Wolf, attorneys for appellant James Florimont (Dominic J. Aprile, of counsel and on the briefs; Kyle R. Tognan, on the briefs).

Lanciano & Associates, LLC, attorneys for respondent Edmund J. Florimont (Larry E. Hardcastle, II, on the brief).

PER CURIAM

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without cost.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-1389-17T3